```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF GEORGIA
                    COLUMBUS DIVISION
```

| | |
|---|---|
| KENESSA WEAVER, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:24-cv-106 (CDL) |
| RUBEN MARQUES, | * |
| Defendant. | * |
| | * |

## O R D E R

Defendant removed this action from the State Court of Muscogee County, Georgia based on diversity of citizenship. Notice of Removal ¶¶ 6-10, ECF No. 2. Plaintiff subsequently filed a motion to remand on grounds that the amount in controversy does not exceed $75,000. Mot. to Remand 1, ECF No. 6. Plaintiff also filed an amended complaint which included a representation that the amount in controversy does not exceed $75,000. Amended Compl. ¶ 18, ECF No. 7. Defendant did not file a response to the motion to remand. The Court understands the motion to remand (ECF No. 6) to be unopposed based upon Plaintiff's prayer for relief that limits the damages to less than $75,000. Accordingly, Plaintiff's motion to remand is granted, and this action is remanded to the State Court of Muscogee County, Georgia.

IT IS SO ORDERED, this 22nd day of August, 2024.

                                            S/Clay D. Land
                                            CLAY D. LAND
                                            U.S. DISTRICT COURT JUDGE
                                            MIDDLE DISTRICT OF GEORGIA